UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PAUL GERMANO,<br>    *Plaintiff*, | : | CIVIL NO. 3:22-CV-0600(SALM) |
| | : | |
| v. | : | |
| | : | |
| COMMISSIONER QUIROS, *et al.*,<br>    *Defendants*. | : | FEBRUARY 15, 2023 |

### CONSENT MOTION FOR ADMINISTRATIVE
### DISMISSAL WITHOUT PREJUDICE

The defendants move to dismiss. The parties have discussed the needs of this case and related scheduling for same, including contemplated discovery to be conducted. During their conversations, they have confirmed that they have agreement concerning administrative dismissal or closure of this case, without prejudice to reopen, if the court will allow.

Plaintiff has confirmed that he does not want to pursue this action at this time because he anticipates a change in his custody or incarceration status in the next 4 months, and if that change results or manifests, he wishes to not pursue this litigation further. Further, the parties anticipate conducting fairly voluminous and resource-intensive discovery, were this case to proceed as scheduled.

Therefore, plaintiff confirmed to the defendants that he would like for the case to be administratively closed or dismissed, without prejudice, and with leave for plaintiff to move to reopen within 6 months, if the Court would allow. Plaintiff's hope is that litigating this case further will not be necessary and that he will not

**ORAL ARGUMENT NOT REQUESTED**

have to expend the resources needed to litigate and conduct discovery in the meantime.

Therefore, in light of these developments, the defendants hereby move for and respectfully request that the Court approve the plaintiff's request for the case to be administratively dismissed at this time, without prejudice, and with leave for plaintiff to file a motion within 6 months if he seeks to reopen the case. The defendants respectfully submit that it is in the parties' interests and the interests of judicial economy for the Court to grant this relief as agreed to by the parties.

The defendants have specifically discussed this (through their counsel) with plaintiff on two separate dates, and plaintiff has confirmed today that he agrees and consents to the filing of this motion and to the relief sought in this motion.

**WHEREFORE**, the Court should grant this motion and administratively close and dismiss the case, without prejudice, and with leave for plaintiff to file a motion within six months seeking to reopen the case.

>
> *Respectfully submitted,*
>
> DEFENDANTS
>
> WILLIAM TONG
> ATTORNEY GENERAL
>
> BY:__/s/_Stephen R. Finucane_____
> Stephen R. Finucane
> Assistant Attorney General
> 110 Sherman Street
> Hartford, CT  06105
> Federal Bar #ct30030
> E-Mail:  stephen.finucane@ct.gov
> Tel: (860) 808-5450
> Fax: (860) 808-5591

## CERTIFICATION

I hereby certify that on February 15, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. A copy was also mailed to the following:

Paul Germano
Inmate #230976
MacDougall-Walker Correctional Institution
1153 East Street, South
Suffield, CT 06080

>
> __/s/_Stephen R. Finucane_____
> Stephen R. Finucane
> Assistant Attorney General

3